NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MULTIMEDIA PATENT TRUST,**
*Plaintiff-Appellant,*

v.

**APPLE INC., LG ELECTRONICS, INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
AND LG ELECTRONICS U.S.A., INC.**
*Defendants-Appellees.*

---

2013-1620

---

Appeal from the United States District Court for the Southern District of California in No. 10-CV-2618, Judge Marilyn L. Huff.

---

**MULTIMEDIA PATENT TRUST,**
*Plaintiff-Appellant,*

v.

**LG ELECTRONICS, INC.,
LG ELECTRONICS U.S.A., INC., AND
LG ELECTRONICS MOBILECOMM U.S.A., INC.,**
*Defendants-Appellees.*

---

2013-1621

Appeal from the United States District Court for the Southern District of California in No. 12-CV-2731, Judge Marilyn L. Huff.

**ON MOTION**

**O R D E R**

Apple Inc. et al. move to withdraw their motion to consolidate these two appeals. Apple Inc. moves to withdraw Fish & Richardson, P.C. as its counsel in 2013-1620 and to substitute lawyers from Jones Day for Apple Inc. Fish & Richardson will continue to represent the other appellees in 2013-1620. The appellants oppose the motion to withdraw or in the alternative request that the appellees be directed to file a combined brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw is granted. The cases will proceed as companion cases before the same merits panel.

(2) The motion to withdraw and substitute counsel in 2013-1620 is granted. The request to require the filing of a combined brief is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s8